1  David Martinez, SBN 193183
   DMartinez@RobinsKaplan.com
2  **ROBINS KAPLAN LLP**
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA 90067
4  Telephone:   (310) 552-0130
   Facsimile:   (310) 229-5800
5
6  Attorneys for Plaintiff
   Longitude Licensing Limited
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | LONGITUDE LICENSING LIMITED, | Case No. 5:23-cv-03046-AGT

12 |         Plaintiff, | **CORPORATE DISCLOSURE STATEMENT**

13 |   v. |

14 | GOOGLE, LLC, |

15 |         Defendant. |

16

17  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Longitude Licensing Limited ("Longitude"), by its attorneys, certifies that its parent entity is Meridian IP Ireland, Ltd. The undersigned further certifies that no publicly held corporation owns 10 percent or more of the interest in Longitude.

1

DATED: June 21, 2023      **ROBINS KAPLAN LLP**

By: */s/ David Martinez*

David Martinez, SBN 193183
DMartinez@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:   (310) 552-0130
Facsimile:    (310) 229-5800

Aaron R. Fahrenkrog (*pro hac vice* to be filed)
MN Bar No. 0386673
AFahrenkrog@RobinsKaplan.com
Emily J. Tremblay (*pro hac vice* to be filed)
MN Bar No. 0395003
ETremblay@RobinsKaplan.com
Samuel J. LaRoque (*pro hac vice* to be filed)
MN Bar No. 0504029
SLaRoque@RobinsKaplan.com
William R. Jones (*pro hac vice* to be filed)
MN Bar No. 0402360
WJones@RobinsKaplan.com
Navin Ramalingam (*pro hac vice* to be filed)
MN Bar No. 0402799
NRamalingam@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   (612) 349-8500
Facsimile:    (612) 339-4181

Attorneys for Plaintiff
Longitude Licensing Limited