1  David Martinez, SBN 193183
   DMartinez@RobinsKaplan.com
2  **ROBINS KAPLAN LLP**
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, CA 90067
   Telephone:   (310) 552-0130
4  Facsimile:   (310) 229-5800

5

6  Attorneys for Plaintiff
   Longitude Licensing Limited

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LONGITUDE LICENSING LIMITED, | Case No. 5:23-cv-03046-AGT |

12 | Plaintiff, | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

13 | v. | |

14 | GOOGLE, LLC, | |

15 | | |

16 | Defendant. | |

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including, but not limited to, parent

19 corporations), or other entities (i) have a financial interest in the subject matter in controversy or

20 in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party

21 that could be substantially affected by the outcome of this proceeding: Meridian IP Ireland, Ltd.

22 (parent entity), 138 East LCD Advancements Ltd. (patent owner).

| | |
|---|---|
| DATED:  June 21, 2023 | **ROBINS KAPLAN LLP** |
| | By: */s/ David Martinez* |
| | David Martinez, SBN 193183<br>DMartinez@RobinsKaplan.com<br>**ROBINS KAPLAN LLP**<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Telephone:    (310) 552-0130<br>Facsimile:     (310) 229-5800 |
| | Aaron R. Fahrenkrog (*pro hac vice* to be filed)<br>MN Bar No. 0386673<br>AFahrenkrog@RobinsKaplan.com<br>Emily J. Tremblay (*pro hac vice* to be filed)<br>MN Bar No. 0395003<br>ETremblay@RobinsKaplan.com<br>Samuel J. LaRoque (*pro hac vice* to be filed)<br>MN Bar No. 0504029<br>SLaRoque@RobinsKaplan.com<br>William R. Jones (*pro hac vice* to be filed)<br>MN Bar No. 0402360<br>WJones@RobinsKaplan.com<br>Navin Ramalingam (*pro hac vice* to be filed)<br>MN Bar No. 0402799<br>NRamalingam@RobinsKaplan.com<br>**ROBINS KAPLAN LLP**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:    (612) 349-8500<br>Facsimile:     (612) 339-4181 |
| | Attorneys for Plaintiff<br>Longitude Licensing Limited |